THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COM-PANY, Appellant, *v.* EGBERT E. WOODBURY et al., Constituting the STATE BOARD OF TAX COMMISSIONERS, et al., Respondents. (Assessments 1909.)

SAME, Appellant, *v.* SAME, Respondents. (Assessments 1910.)

SAME, Appellant, *v.* SAME, Respondents. (Assessments 1911.)

*Franchise tax — certiorari to review assessments — equalization.*

*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Woodbury,* 192 App. Div. 955 (3 cases), affirmed.

(Argued March 8, 1921; decided March 22, 1921.)

APPEAL, in each of the above-entitled proceedings, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 15, 1920, which *unanimously* affirmed an order of Special Term quashing a writ of certiorari and confirming assessments for taxation of special franchises of the New York and Harlem Railroad Company in the borough of Manhattan, city of New York. The question at issue was as to the right of relator to have the assessments equalized at the ratio of assessment to full value of real property, generally in the borough of Manhattan.

*George H. Walker* and *Alexander S. Lyman* for appellant.

*Charles D. Newton, Attorney-General (Martin Saxe* and *Charles R. McSparren* of counsel), for State Board of Tax Commissioners, respondent.

*John P. O'Brien, Corporation Counsel (William H. King* and *Eugene Fay* of counsel), for City of New York, respondent.

Order in each case affirmed, with costs of one appeal; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGHLIN CRANE and ANDREWS, JJ.